IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER JERELL O'NEAL**                                                              **PLAINTIFF**

v.                                    Case No. 4:23-cv-1079-JM

**CITY OF PINE BLUFF**                                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order issued today, this case is **dismissed** without prejudice.

IT IS SO ADJUDGED this 1st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE